UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE SOTO,<br><br>             Plaintiff,<br><br>       -v-<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Civil Action No. 22-cv-1803 (JGK)(OTW)<br><br>**CONSENT ORDER TO REMAND UNDER SENTENCE 4 OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Damian Williams, United States Attorney for the Southern District of New York, and Special Assistant United States Attorney Daniella Calenzo, attorneys for the Defendant, and William Turley, Esq., attorney for the Plaintiff, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will assign plaintiff's case to a different Administrative Law Judge, who will be directed to offer plaintiff the opportunity for a new hearing and issue a new decision. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

New York, New York
Dated: September 1, 2022

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:    /s/ ***Daniella M. Calenzo***                              By:    /s/ *William Turley*
Daniella M. Calenzo                                                  William Turley
Special Assistant U.S. Attorney                         Attorney for Plaintiff
Attorney for Defendant

SO ORDERED:

_____
HON. ONA T. WANG,
U.S. Magistrate Judge
United States District Court
September 6, 2022