**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JASMINE SOTO,

                Plaintiff,                22 **CIVIL** 1803 (JGK)(OTW)

    -v-                             **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL
SECURITY,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 6, 2022, that the action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will assign plaintiff's case to a different Administrative Law Judge, who will be directed to offer plaintiff the opportunity for a new hearing and issue a new decision.

**Dated:**  New York, New York
           September 6, 2022

                                                            **RUBY J. KRAJICK**

                                                               _____
                                                                   **Clerk of Court**

                                    **BY:**

                                                               _____
                                                                   **Deputy Clerk**